IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASPESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
: 
_____:
: Civil Action No. MDL 875
THIS DOCUMENT RELATES TO: :
:
(SEE ATTACHMENT A) :
_____:

## ENTRY AND WITHDRAWAL OF APPEARANCE

Please enter the appearance of Jan E. Simonsen, Esq., Mariana D. Bravo, Esq., and Sarah E.

Godfrey, Esq., of CARR MALONEY, P.C., on behalf of defendant Old Orchard Industrial

Corporation (hereinafter "Old Orchard"), which, upon information and belief, has been improperly

sued as Vapor, a Brunswick Company, in the above entitled matter.

Please withdraw the appearance of Archibald Wallace, III, Esq., Patricia J. Bugg, Esq., and

Thomas J. Moran, Esq., of WALLACE PLEDGER, PLLC, on behalf of Old Orchard in the above

entitled matter.

Respectfully submitted,

CARR MALONEY P.C.

By: _____
Jan E. Simonsen, Esquire
Mariana D. Bravo, Esquire
Sarah E.Godfrey, Esquire
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

WALLACE PLEDGER, PLLC                        CARR MALONEY P.C.

Archibald Wallace, III, Esq. #06005
Patricia J. Bugg, Esq. #72775
Thomas J. Moran, Esq. #71296
The Capstone Center
7100 Forest Avenue, Suite 302
Richmond, VA 23226
(804) 282-8300 (Telephone)
(804) 282-2555 (Facsimile)

Jan E. Simonsen, Esq. # 26152
Mariana D. Bravo, Esq. # 473809
Sarah E. Godfrey, Esq. #68183
1615 L Street, N.W.
Suite 500
Washington, DC 20036
(202) 310-5592 (Telephone)
(202) 310-5555 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Entry and Withdrawal of Appearance was mailed, postage pre-paid, this 5th day of August, 2008, to:

> Karen M. Zello, Esquire
> Richard S. Glasser, Esquire
> Glasser & Glasser
> 580 E. Main Street
> Norfolk, VA 23510
> *Counsel for Plaintiff*
>
> Gene Locks, Esquire
> Greitzer & Locks
> 1500 Walnut Street
> Philadelphia, PA 19102
> *Plaintiff's Liaison Counsel*

All known defense counsel of record will be electronically notified of the filing of this Entry and Withdrawal of Appearance and will be provided a copy upon request.

Sarah E. Godfrey